IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-RLV-DCK

| | |
|---|---|
| DELORIS GASTON, and <br> LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> POLICEREPORTS.US, LLC, and <br> LEXISNEXIS RISK SOLUTIONS, INC., <br><br> Defendants. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For *Pro Hac Vice* Admission Of Ronald Irvin Raether, Jr." (Document No. 7) filed by D. Kyle Deak, concerning Ronald Irvin Raether, Jr. on February 5, 2016. Mr. Raether seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For *Pro Hac Vice* Admission Of Ronald Irvin Raether, Jr." (Document No. 7) is **GRANTED.** Mr. Raether is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 5, 2016

David C. Keesler
United States Magistrate Judge