IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-RLV-DCK

| | |
|---|---|
| DELORIS GASTON, and <br> LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> POLICEREPORTS.US, LLC, and <br> LEXISNEXIS RISK SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Larry McDevitt, concerning Eugene C. Covington, Jr. on February 8, 2016. Mr. Covington seeks to appear as counsel *pro hac vice* for Plaintiffs Deloris Gaston and Leonard Gaston. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Covington is hereby admitted *pro hac vice* to represent Plaintiffs Deloris Gaston and Leonard Gaston.

**SO ORDERED**.

Signed: February 8, 2016

_____
David C. Keesler
United States Magistrate Judge