IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-RLV-DCK

| | |
|---|---|
| DELORIS GASTON, and <br> LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> POLICEREPORTS.US, LLC, and <br> LEXISNEXIS RISK SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by D. Kyle Deak, concerning Mark C. Mao on February 22, 2016. Mr. Mark C. Mao seeks to appear as counsel *pro hac vice* for Defendants LexisNexis Risk Solutions Inc. and PoliceReports.US, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Mr. Mark C. Mao is hereby admitted *pro hac vice* to represent Defendants LexisNexis Risk Solutions Inc. and PoliceReports.US, LLC.

**SO ORDERED**.

Signed: February 22, 2016

David C. Keesler
United States Magistrate Judge