IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00009-RLV-DCK

| | |
|---|---|
| DELORIS GASTON AND LEONARD GASTON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| POLICEREPORTS.US, LLC AND LEXISNEXIS RISK SOLUTIONS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on its own motion pursuant to the filing of Plaintiffs' First Amended Complaint. [Doc. No. 21]. Because the First Amended Complaint (Doc. No. 21) supersedes the original Complaint (Doc. No. 1), Defendants LexisNexis Risk Solutions Inc. and PoliceReports.US, LLC's Motion to Dismiss (Doc. No. 17) is hereby **DENIED-AS-MOOT** and *without prejudice*.

**SO ORDERED**.

Signed: May 26, 2016

Richard L. Voorhees
United States District Judge