UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **DELORIS GASTON,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 5:16-cv-9 |
| ) | |
| **LEXISNEXIS RISK SOLUTIONS INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' CLASS ACTION AMENDED COMPLAINT

Defendants LexisNexis Risk Solutions Inc. and PoliceReports.US, LLC (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), submit this Motion to Dismiss Plaintiffs' Class Action Amended Complaint. A memorandum in support of Defendants' motion is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court enter an order dismissing this case with prejudice, and for such other and further relief the Court deems necessary and proper.

Dated: June 7, 2016

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ D. Kyle Deak
D. Kyle Deak
N.C. State Bar No. 35799
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Telephone: (919) 835-4133
Facsimile: (919) 829-8725
Email: kyle.deak@troutmansanders.com

Ronald Irvin Raether, Jr.
Admitted *Pro Hac Vice*
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
Email: ronald.raether@troutmansanders.com

Mark C. Mao
Admitted *Pro Hac Vice*
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5700
Facsimile: (415) 477-5710
Email: mark.mao@troutmansanders.com

*Attorneys for Defendants LexisNexis Risk Solutions Inc. and PoliceReports.US, LLC*

# CERTIFICATE OF SERVICE

I certify that on this 7th day of June, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record:

    David M. Wilkerson
    Heather W. Goldstein
    Larry S. McDevitt
    The Van Winkle Law Firm
    P.O. Box 7376
    Asheville, NC 28802-7376
    Telephone: (828) 258-2991
    Facsimile: (828) 257-2767
    Email: dwilkerson@vwlawfirm.com
    Email: hgoldstein@vwlawfirm.com
    Email: lmcdevitt@vwlawfirm.com

    Eugene C. Covington, Jr.
    Covington, Patrick, Hagins, Stern & Lewis, P.A.
    211 Pettigru Street
    P.O. Box 2343
    Greenville, SC 29601
    Telephone: (864) 240-5502
    Facsimile: (864) 240-5533
    Email: gcovington@covpatlaw.com

*Attorneys for Plaintiffs*

    By: /s/ D. Kyle Deak_____
    D. Kyle Deak
    434 Fayetteville Street, Suite 1900
    Raleigh, NC 27601
    Telephone: (919) 835-4133
    Facsimile: (919) 829-8725
    Email: kyle.deak@troutmansanders.com