UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-9

| | |
|---|---|
| **DELORIS GASTON, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **LEXISNEXIS RISK SOLUTIONS INC., ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss Plaintiffs' Class Action Amended Complaint pursuant to Rule 12(b)(6). Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss Plaintiffs' Class Action Amended Complaint (#25) is **DENIED**. Defendant shall Answer the Complaint within 14 days.

Signed: September 13, 2017

Max O. Cogburn Jr.
United States District Judge