IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-MOC-DCK

| | |
|---|---|
| **DELORIS GASTON, and** ) | |
| **LEONARD GASTON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LEXISNEXIS RISK SOLUTIONS, INC., and** ) | |
| **POLICEREPORTS.US, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Pro Hac Vice Admission Of Cindy D. Hanson" (Document No. 49) filed May 17, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion, without prejudice.

It appears that the pending motion does not comply with the recently revised Local Rules of this Court which require such motion to "be submitted to the Court upon the forms prescribed by this Court." Local Rule 83.1(c)(2); see also "Application for Admission Pro Hac Vice" at http://www.ncwd.uscourts.gov/local-forms/civil-forms.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Pro Hac Vice Admission Of Cindy D. Hanson" (Document No. 49) is **DENIED WITHOUT PREJUDICE**. Defendants may refile their request utilizing the Court form cited above.

Signed: May 17, 2018

David C. Keesler
United States Magistrate Judge