IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-KDB-DCK

| | | |
|---|---|---|
| DELORIS GASTON, and LEONARD GASTON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| LEXISNEXIS RISK SOLUTIONS, INC., and POLICEREPORTS.US, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) filed by Larry McDevitt, concerning Christopher L. Cogdill on August 22, 2019. Mr. Christopher L. Cogdill seeks to appear as counsel *pro hac vice* for Plaintiffs Deloris Gaston and Leonard Gaston, on behalf of themselves and all other similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) is **GRANTED.** Ms. Christopher L. Cogdill is hereby admitted *pro hac vice* to represent Plaintiffs Deloris Gaston and Leonard Gaston, on behalf of themselves and all other similarly situated individuals.

**SO ORDERED**.

Signed: August 22, 2019

David C. Keesler
United States Magistrate Judge