IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-KDB-DCK

| | |
|---|---|
| DELORIS GASTON, and LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC., and POLICEREPORTS.US, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 66) filed by Dennis Kyle Deak, concerning Julie Diane Hoffmeister on September 18, 2019. Julie Diane Hoffmeister seeks to appear as counsel *pro hac vice* for Defendants LexisNexis Risk Solutions Inc. and PoliceReports, US, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 66) is **GRANTED.** Julie Diane Hoffmeister is hereby admitted *pro hac vice* to represent Defendants LexisNexis Risk Solutions Inc. and PoliceReports, US, LLC.

**SO ORDERED**.

Signed: September 18, 2019

David C. Keesler
United States Magistrate Judge