# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-009-KDB-DCK

| | |
|---|---|
| **DELORIS GASTON, and** ) | |
| **LEONARD GASTON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LEXISNEXIS RISK SOLUTIONS, INC., and** ) | |
| **POLICEREPORTS.US, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Compel Discovery Responses And Sanctions and Extend Discovery By 90 Days" (Document No. 58) filed August 22, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion in part and deny the motion in part, and will *sua sponte* extend the mediation and dispositive motions deadlines.

The undersigned first notes that at Plaintiffs' request, the Court held a telephone conference on September 18, 2019, to discuss the pending discovery dispute(s) raised in Plaintiffs' motion, as well as "Keith Clinic Estramonte Chiropractic, P.A.'s Motion To Quash…." See (Document Nos. 58, 61, 64). The motion to quash was subsequently withdrawn, and Plaintiffs' counsel has sent updates to the undersigned's staff indicating that the issues in the pending motion to compel are being substantially narrowed or resolved. See (Document No. 68). The Court has not received an update recently, and a final resolution of the pending discovery disputes is overdue. The

undersigned is optimistic based on counsel's reports and the guidance offered during the telephone conference that the parties have resolved their disputes without additional Court intervention.

The undersigned further notes that, in the meantime, the mediation and dispositive motions deadlines have passed without any filings or any requests for extension of time. See (Document No. 48).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Compel Discovery Responses And Sanctions and Extend Discovery By 90 Days" (Document No. 58) is **GRANTED in part and DENIED in part, as follows**: the discovery deadline is extended to **November 20, 2019**, and the motion to compel is denied without prejudice.

**IT IS FURTHER ORDERED** that case deadlines are revised as follows: mediation report – **November 26, 2019**; and dispositive motions – **December 6, 2019**.

**SO ORDERED**.

Signed: November 4, 2019

David C. Keesler
United States Magistrate Judge