**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-009-KDB-DCK**

| | |
|---|---|
| **DELORIS GASTON, and** <br> **LEONARD GASTON,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **LEXISNEXIS RISK SOLUTIONS, INC., and** <br> **POLICEREPORTS.US, LLC,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion For Reconsideration Of Order On Motion To Compel" (Document No. 70) filed November 7, 2019.[1] This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

Instead, in the interests of judicial economy and efficient case management, the Court will allow Plaintiff to file a renewed and revised motion to compel. However, counsel for the parties are directed to confer in person or by telephone on or before **November 12, 2019**, in a final attempt to resolve *all* outstanding discovery issues. The parties are advised that if the Court issues a decision on a motion to compel, it will likely include an award of costs and fees pursuant to Fed.R.Civ.P. 37(a)(5), and may provide for additional sanctions against one or more parties and/or counsel if warranted pursuant to the Federal Rules. See (Document No. 48, p. 11).

---

[1] The motion does not indicate that the requirement of consultation has been satisfied pursuant to Local Rule 7.1(b).

After proper consultation with opposing counsel, Plaintiff may also file a separate motion seeking an extension of deadlines, if necessary.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion For Reconsideration Of Order On Motion To Compel" (Document No. 70) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file a motion to compel on or before **November 15, 2019**; Defendant(s) shall file a response to any motion to compel on or before **November 22, 2019**.

**SO ORDERED**.

Signed: November 8, 2019

David C. Keesler
United States Magistrate Judge