# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-009-KDB-DCK

| | |
|---|---|
| DELORIS GASTON, and <br> LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC., and <br> POLICEREPORTS.US, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Modify Case Schedule" (Document No. 73) filed November 15, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

At this time, the undersigned will respectfully decline to extend the case deadlines for discovery, mediation, and dispositive motions as proposed by Plaintiffs; however, the undersigned will stay these deadlines pending resolution of "Plaintiff's Motion To Compel Discovery Responses" (Document No. 72).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Modify Case Schedule" (Document No. 73) is **GRANTED, with modification**. The deadlines for mediation, discovery, and dispositive motions are **STAYED** until otherwise ordered by this Court.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge