# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00009-KDB-DCK

| | |
|---|---|
| DELORIS GASTON AND LEONARD GASTON, <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC. AND POLICEREPORTS.US, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Discovery and Extend Case Deadlines (Doc. No. 93). The Court has carefully considered this motion and the long history and record of this case, which was initially filed in January 2016. While all the parties and the Court share responsibility for the failure of the case to move forward more quickly towards a final resolution, the Court is of the firm opinion that further delays in the schedule – particularly in the absence of any specific good cause being shown – would not be a helpful step on the path to that ultimate goal. Accordingly, the Court will not grant the motion to stay discovery and extend the deadline for the filing of dispositive motions as requested by the parties. However, the Court will grant a one week extension of the deadline for both the completion of discovery and dispositive motions to March 20, 2020 and April 17, 2020 respectively. Also, the parties may, <u>by joint agreement</u>, conduct discovery after the discovery deadline, but the Court will not compel any discovery after March 20, 2020 (except to avoid a substantial miscarriage of justice).

1

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Joint Motion to Stay Discovery and Extend Case Deadlines (Doc. No. 93) is **GRANTED in part and DENIED in part;**

2. The deadline for the completion of discovery is hereby extended to March 20, 2020 and the deadline for dispositive motions is extended to April 17, 2020;

3. The parties may, by joint agreement, conduct discovery after the discovery deadline, but the Court will not compel any discovery after March 20, 2020, except to avoid a substantial miscarriage of justice;

4. Except as stated above, the parties' motion is **DENIED** and this case shall proceed on the schedule set by the Court in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 25, 2020

Kenneth D. Bell
United States District Judge