FILED: October 5, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1960 (L)
(5:16-cv-00009-KDB-DCK)

_____

DELORIS GASTON, on behalf of themselves and all other similarly situated individuals; LEONARD GASTON, on behalf of themselves and all other similarly situated individuals

      Plaintiffs - Appellees

v.

LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation; POLICEREPORTS.US, LLC, a North Carolina Limited Liability Company

      Defendants - Appellants

_____

No. 20-2060
(5:16-cv-00009-KDB-DCK)

_____

LEONARD GASTON, on behalf of themselves and all other similarly situated individuals; DELORIS GASTON, on behalf of themselves and all other similarly situated individuals

      Plaintiffs - Appellants

v.

LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation; POLICEREPORTS.US, LLC, a North Carolina Limited Liability Company

      Defendants - Appellees

_____

O R D E R

_____

The court consolidates Case No. 20-1960 (L) and Case No. 20-2060 as cross appeals. The appellant in Case No. 20-1960 (L) shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk