FILED: November 19, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1960 (L)
(5:16-cv-00009-KDB-DCK)

_____

DELORIS GASTON, on behalf of themselves and all other similarly situated individuals; LEONARD GASTON, on behalf of themselves and all other similarly situated individuals

    Plaintiffs - Appellees

v.

LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation; POLICEREPORTS.US, LLC, a North Carolina Limited Liability Company

    Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the joint motion for limited remand, the court grants the motion and remands this case to the district court for the limited purpose of reviewing the parties' proposed settlement agreement and determining whether to approve it pursuant to Fed. R. Civ. P. 23.

The clerk shall forward a copy of this order, accompanied by a copy of the

motion to remand, to the district court. This appeal shall remain on the active docket of this court and the parties shall file a status report on December 21, 2020, and every 30 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

                                        For the Court

                                        <u>/s/ Patricia S. Connor, Clerk</u>