# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Deloris Gaston et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 5:16-cv-00009-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| LexisNexis Risk Solutions, Inc. et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2021 Order.

May 25, 2021

_____
Frank G. Johns, Clerk
United States District Court